UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 06 2022 ★
BROOKLYN OFFICE

----------------------------------------------------------- X

MANETIRONY CLERVRAIN,

Plaintiff,

-against-

NICHOLAS A. LANGWORTHY, et al.,

Defendants.

----------------------------------------------------------- X

JUDGMENT
21-CV-7219(EK)(LB)

A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on June 3, 2022, dismissing the complaint as frivolous, *See* 28 U.S.C. § 1915(e)(2)(B); dismissing all pending motions as moot; certifying that any appeal from this order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *Coppedge v. United States,* 369 U.S. 438, 444–45 (1962); it is

ORDERED and ADJUDGED that the complaint is dismissed as frivolous, *See* 28 U.S.C. § 1915(e)(2)(B); that all pending motions are dismissed as moot; that any appeal from this order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, NY
June 6, 2022

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk